# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Eric Taylor<br><br>*Defendant* | )<br>)<br>)<br>) Case No.  3:20 CR 89<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States Courthouse<br>1716 Spielbusch Avenue<br>Toledo, Ohio  43604 | Courtroom No.: 312 |
|---|---|---|
| | | Date and Time: 02/24/2020 11:00 am |

This offense is briefly described as follows:

18:545 Smuggling Goods into the United States (1)
21:331(c) Misbranded Drugs (2-3)

Date:  02/10/2020

*Issuing officer's signature*

James R. Knepp II, U.S. Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*