IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STATE OF OHIO** | ) | Case No.: 3:20CR00089 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | JUDGE ZOUHARY |
| | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| vs. | ) | |
| | ) | |
| **ERIC TAYLOR** | ) | Stephen B. Johnston (0088965) |
| | ) | 316 N. Michigan Street Suite 416 |
| | ) | Toledo, Ohio 43604 |
| Defendant. | ) | 419-244-9722 Telephone |
| | ) | 419-244-9723 Facsimile |
| | ) | Attorney for Defendant |

Now comes Stephen B. Johnston to enter his appearance as counsel of record for the Defendant, Eric Taylor in the above-captioned matter.

Respectfully submitted,

*/s/ Stephen Johnston*

Stephen B. Johnston, Esq.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this  24  day of February 2020 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

Respectfully submitted,

Stephen B. Johnston, Esq.
Attorney for Defendant