UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # **194**

| Receipt of Passport or Other Non-Cash Collateral (Section 1) | |
|---|---|
| Name: Eric Jeffrey Taylor | Case Number: 3:20cr89 |
| Address: | Passport Number: 473633233 |
| | Country of Origin: USA |
| Judge: Zouhary | Expiration Date: 8/16/2020 |
| Date Rec'd: 2/24/2020 | |
| Description of Property Other than Passport: | |
| *[signature]* | *[signature]* |
| Signature of Individual Surrendering Passport/Other | Clerk's Signature |
| Eric Jeffrey Taylor | LoriAnne MacKenzie |
| Print Name | Print Name |

☑ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

| Return of Passport or Other Non-Cash Collateral (Section 2) | |
|---|---|
| Date Returned: | Rec'd by: |
| | Rec'd from: |
| Purpose Returned: | |
| Address (If Mailed): | |
| Signature of Individual Retrieving Passport/Other | Clerk's Signature |
| Print Name | Print Name |

S:\Forms\Financial\Passports\Passport Receipt Fillable Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # 195

### Receipt of Passport or Other Non-Cash Collateral (Section 1)

Name: Eric Jeffrey Taylor

Address:

Judge: Zouhary

Date Rec'd: 2/24/2020

Description of Property Other than Passport:
Passport Card

Case Number: 3:20cr89

Passport Number: C03776391

Country of Origin: USA

Expiration Date: 8/16/2020

_____
Signature of Individual Surrendering Passport/Other

Eric Jeffrey Taylor
_____
Print Name

_____
Clerk's Signature

LoriAnne MacKenzie
_____
Print Name

☑ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

### Return of Passport or Other Non-Cash Collateral (Section 2)

Date Returned:

Purpose Returned:

Address (If Mailed):

Rec'd by:

Rec'd from:

_____
Signature of Individual Retrieving Passport/Other

_____
Print Name

_____
Clerk's Signature

_____
Print Name

S:\Forms\Financial\Passports\Passport Receipt Fillable Form