IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:20 CR 89 |
| Plaintiff, | |
| -vs- | SENTENCING ORDER<br>RE: MANDATORY AND STANDARD<br>CONDITIONS OF PROBATION |
| Eric Taylor, | |
| Defendant. | JUDGE JACK ZOUHARY |

## STANDARD CONDITIONS

While on Probation Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, and shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**DNA Collection**
Defendant shall cooperate in the collection of DNA as directed by the U.S. Pretrial Services & Probation Officer.

**Firearms and Dangerous Weapons**
Defendant shall not possess a firearm, destruction device, or any dangerous weapon.

**Mandatory Drug Testing**
Defendant must refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and to at least two periodic drug tests thereafter, as determined by the Court.

I have reviewed and understand the above conditions as part of my sentence.

Date: January 4, 2021      s/ Eric Taylor (w/ consent)
                                                          Eric Taylor, Defendant

                                                          s/ Stephen Johnston (w/ consent)
                                                          Attorney

IT IS SO ORDERED.

  s/ Jack Zouhary

Judge Jack Zouhary